## CHRISTIAN v. STATE.
### No. 26420.

Court of Criminal Appeals of Texas.
May 6, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Drunk driving is the offense, with punishment assessed at a fine of $50.

The instant record contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.